IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: March 25, 2008
Court Reporter: Paul Zuckerman

Criminal Action No. 08-cr-00073-MSK

*Parties*:                                              *Counsel Appearing*:

UNITED STATES OF AMERICA,                               Kurt Bohn

    Plaintiff,

v.

ANTHONY JOSEPH CAPPIELLO,                               Dennis Hartley

    Defendant.

---

## COURTROOM MINUTES

HEARING: Motions (#10, 11, 12)

**11:16 a.m.**     **Court in session**.

Defendant present in custody.

Oral findings and conclusions of law are made of record and incorporated herein.

- **ORDER:** Defendant's Motion for Disclosure (**Doc. #10**) is **DENIED as moot.**

- **ORDER:** Defendant's Motion re F.R.E. 702 (**Doc. #11**) is **DENIED as moot.**

- **ORDER:** A Hearing on Defendant's Motion to Suppress (**Doc. #12**) is set for **April 4, 2008, at 11:00 a.m. and will resume at 2:30 p.m. for completion,** in Courtroom A901, 901 19th Street, Denver, Colorado.

- **ORDER:** Defendant's companion motions to the motion to suppress will be filed by **March 28, 2008.** The Government may either respond or address them at the suppression hearing.

- **ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**11:29 a.m.**     **Court in recess.**

**Total Time:** 13 minutes.
**Hearing concluded.**