IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00073-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTHONY JOSEPH CAPPIELLO,

       Defendant.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Motion for Reconsideration (Motion) filed August 11, 2008, **(#48)** by the Government. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **August 22, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any.

DATED this 12th day of August, 2008.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge